United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 13, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-80062 |
| **DANNEY LAMAR PERKINS,** § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 7 |

## ORDER DENYING MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY (ECF #30)

    For the reasons stated on the record including the fact that there was no automatic stay in effect at the time of the eviction, the Motion For Sanctions for Violation of the Automatic Stay (ECF #30) is **DENIED**.

SIGNED 06/13/2025

_____
Alfredo R Pérez
United States Bankruptcy Judge